UNITED STATES DISTRICT COURT
SOUTHEN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION,<br><br>                                     Plaintiff,<br><br>v.<br><br>WSP USA, INC., f/k/a PARSONS BRINCKERHOFF, INC.,<br><br>                                     Defendant. | No. 1:17-cv-04398-JPO |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that Defendant WSP USA Inc., f/k/a/ Parsons Brinckerhoff, Inc. ("WSP"), will move this Court at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, in Courtroom 706 before the Honorable J. Paul Oetken, United States District Judge, at a date and time to be determined by the Court, for summary judgment declaring that Plaintiff Liberty Insurance Corporation has a duty to defend WSP against the underlying lawsuit, which is the subject of this declaratory judgment litigation, and denial of Plaintiff Liberty Insurance Corporation's motion for summary judgment, together with such other and further relief as the Court deems just and proper. This Motion is supported by the following:

1. Defendant's Memorandum of Law in Support of Its Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment;

2. Declaration of Ethan W. Middlebrooks In Support of Defendant's Motion for Summary Judgment, with Exhibits;

3. Stipulation of Applicable Law and Admissibility;

4. Joint Stipulation of Facts for Summary Judgment, with Exhibits; and

5. Defendant's Local Rule 56.1 Statement of Material Facts.

Dated: November 16, 2017       **ANDERSON KILL P.C.**

By: /s/ Ethan W. Middlebrooks
Marshall Gilinsky, Esq.
Ethan W. Middlebrooks, Esq.
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
Facsimile: (212) 278-1733
E-mail: mgilinsky@andersonkill.com
E-mail: emiddlebrooks@andersonkill.com

*Attorneys for Defendant WSP USA Inc., f/k/a Parsons Brinckerhoff, Inc.*