UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION,<br><br>Plaintiff,<br>v.<br><br>WSP USA, INC.,<br>f/k/a PARSONS BRINCKERHOFF, INC.,<br><br>Defendant. | Case No.: 1:17-cv-4398-JPO |

## DECLARATION OF JAMES S. HARRINGTON IN SUPPORT OF LIBERTY INSURANCE CORPORATION'S MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to 28 U.S.C. § 1746, James S. Harrington hereby declares as follows:

1. I am a former partner at Robins Kaplan LLP, which maintains offices at 800 Boylston Street, Suite 2500, Boston, Massachusetts 02199.

2. I submit this declaration in support of my Motion for Withdrawal of Appearance (DKT. 22) on behalf of Plaintiff Liberty Insurance Corporation.

3. As of February 1, 2018, I retired from the firm of Robins Kaplan LLP.

4. Liberty Insurance Corporation has continuity of counsel because it will still be represented by Hollis Salzman, Michael A. Kolcun and John N. Love of Robins Kaplan LLP.

5. My active representation of Liberty Insurance Corporation ceased as of February 1, 2018.

6. Liberty Mutual Insurance Corporation assents to this withdrawal.

35718273.1

Accordingly, I respectfully request that this Court grant the Motion for Withdrawal of Appearance.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Boston, Massachusetts on this 8th day of March, 2018.

                                                 _/s/ James S. Harrington_
                                                 James S. Harrington

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic notices of Electronic Filing.

ROBINS KAPLAN LLP


By:    */s/ James S. Harrington*
     Hollis Salzman
     Michael A. Kolcun
     399 Park Avenue, Suite 3600
     New York, New York 10022-4611
     Telephone:  (212) 980-7400
     HSalzman@RobinsKaplan.com
     MKolcun@RobinsKaplan.com


     John N. Love (*Admitted Pro Hac Vice*)
     James S. Harrington (*Admitted Pro Hac Vice*)
     800 Boylston Street, Suite 2500
     Boston, Massachusetts 02199
     Telephone: (617) 267-2300
     JLove@RobinsKaplan.com
     JHarrington@RobinsKaplan.com

     *Attorneys for Plaintiff Liberty Insurance Corporation*